UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| JONATHAN COURINGTON *on behalf of himself and all similarly situated individuals*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:13-cv-358-JRS |
| WESTERN EXPRESS, INC., | ) ) | |
| Defendant. | ) | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable the Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Western Express, Inc. hereby certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued stock or debt securities to the public.

WESTERN EXPRESS, INC.

By Counsel

_____/s/_____
Charles K. Seyfarth (Va. Bar No. 44530)
LeClairRyan
Riverfront Plaza - East Tower
951 E. Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 916-7159
Facsimile:  (804) 916-7259
Charles.Seyfarth@leclairryan.com

Megan S. Ben'Ary (Va. Bar No. 47349)
LeClairRyan
2318 Mill Road, Suite 1100
Alexandria, Virginia  22314
Telephone: (703) 684-8007
Facsimile:  (703) 647-5983
Megan.Benary@leclairryan.com

*Counsel for Western Express, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to the following:

>Leonard A. Bennett
>Consumer Litigation Associates, PC
>763 J. Clyde Morris Blvd, Suite 1-A
>Newport News, Virginia  23601
>lenbennett@clalegal.com
>
>Janelle Mason Mikac
>Matthew J. Erausquin
>Casey S. Nash
>Consumer Litigation Associates, PC
>1800 Diagonal Road, Suite 600
>Alexandria, Virginia 22314
>janelle@clalegalcom
>matt@clalegal.com
>casey@clalegal.com
>
>*Counsel for Plaintiff*

                                       /s/
Charles K. Seyfarth (Va. Bar No. 44530)
LeClairRyan
Riverfront Plaza - East Tower
951 E. Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 916-7159
Facsimile:  (804) 916-7259
Charles.Seyfarth@leclairryan.com

*Counsel for Western Express, Inc.*