UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JONATHAN COURINGTON *on behalf of himself and all similarly situated individuals*, ) ) ) Plaintiff, ) ) v. ) ) WESTERN EXPRESS, INC., ) ) Defendant. ) | Civil Action No. 3:13-cv-358-JRS |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Megan S. Ben'Ary as counsel for Defendant Western Express, Inc. ("Defendant") in the above-captioned matter. Defendant requests that copies of all papers, pleadings and orders in this case be sent to it care of:

>   Megan S. Ben'Ary
>   LECLAIRRYAN
>   2318 Mill Road, Suite 1100
>   Alexandria, Virginia 22314
>   (703) 647-5933 Direct
>   (703) 647-5983 Fax
>   Megan.BenAry@leclairryan.com

>                                    Respectfully submitted,

>                                    WESTERN EXPRESS, INC.

　　　　　/s/
Charles K. Seyfarth (Va. Bar No. 44530)
LeClairRyan
Riverfront Plaza - East Tower
951 E. Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 916-7159
Facsimile:  (804) 916-7259
Charles.Seyfarth@leclairryan.com

Megan S. Ben'Ary (Va. Bar No. 47349)
LeClairRyan
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Telephone: (703) 684-8007
Facsimile:  (703) 647-5983
Megan.Benary@leclairryan.com

*Counsel for Western Express, Inc.*

**CERTIFICATE OF SERVICE**

        I hereby certify that on this 5th day of July, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to the following:

        Leonard A. Bennett
        Consumer Litigation Associates, PC
        763 J. Clyde Morris Blvd, Suite 1-A
        Newport News, Virginia 23601
        lenbennett@clalegal.com

        Janelle Mason Mikac
        Matthew J. Erausquin
        Casey S. Nash
        Consumer Litigation Associates, PC
        1800 Diagonal Road, Suite 600
        Alexandria, Virginia 22314
        janelle@clalegalcom
        matt@clalegal.com
        casey@clalegal.com

        *Counsel for Plaintiff*

        /s/
        Megan S. Ben'Ary (Va. Bar No. 47349)
        LeClairRyan
        2318 Mill Road, Suite 1100
        Alexandria, Virginia 22314
        Telephone: (703) 684-8007
        Facsimile: (703) 647-5983
        Megan.Benary@leclairryan.com

        *Counsel for Western Express, Inc.*